JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

YASKI ROMERO,

                Plaintiff,

       v.

O. MARCIANO, et al.,

                Defendants.

Case No. 5:23-cv-00577-VBF-SSC

JUDGMENT

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the action is dismissed with prejudice.

Date:  April 6, 2026

_Valerie Baker Fairbank_

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE